

CORPORATION SERVICE COMPANY

# Notice of Service of Process

TWS / ALL
Transmittal Number: 5656789
Date Processed: 03/14/2008

| | |
|---|---|
| Primary Contact: | Katie Garrett<br>Inverness Medical Innovations, Inc.<br>51 Sawyer Road<br>Suite 200<br>Waltham, MA 02453 |
| Copy of transmittal only provided to: | Jay McNamara Esq. |

| | |
|---|---|
| Entity: | Inverness Medical Innovations, Inc.<br>Entity ID Number: 2520058 |
| Entity Served: | Inverness Medical Innovations Inc. |
| Title of Action: | Victor Mannen vs. Inverness Medical Innovations, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court: | San Diego Superior Court, California |
| Case Number: | 37-2008-00078829-CU-BC-CTL |
| Jurisdiction Served: | Delaware |
| Date Served on CSC: | 03/13/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Plaintiff's Attorney: | James C. Mitchell<br>619-702-8623 |

Docket History: (Other documents received by CSC in this case)

| Document Type | Date Served | Contact Name | Delivery Method | Tracking Number | Transmittal ID |
|---|---|---|---|---|---|
| Summons/Complaint | 03/11/2008 | Katie Garrett | EDELIVERY | | 5651515 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System.
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  scp@cscinfo.com

*Exhibit B*  Page 80

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James C. Mitchell (CBA #071151)<br>Daniel M. Gilleon (CBA #195200)<br>Mitchell & Gilleon<br>402 W. Broadway, Suite 880<br>San Diego, CA 92101<br>TELEPHONE NO.: 619.702.8623    FAX NO. (Optional): 619.702.6337<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Victor Manneh | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
   STREET ADDRESS: 330 West Broadway
   MAILING ADDRESS: P.O. Box 12018
   CITY AND ZIP CODE: San Diego, CA 92112-0128
   BRANCH NAME: Central

| PLAINTIFF/PETITIONER: Victor Manneh | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc., | 37-2008-00078829-CU-BC-CTL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): Notice Of Case Assignment, Stipulation To Alternative
      Dispute Resolution Process

3. a. Party served (specify name of party as shown on documents served): Inverness Medical Innovations,
      Inc.,
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
      under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      Authorized Agent

4. Address where the party was served: Corporation Service Company, 2711 Centerville Road,
   Ste. 400, Wilmington, DE 19808.

5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on (date):    (2) at (time):
   b. [ ] by substituted service. On (date):    at (time):    I left the documents listed in item 2 with or
      in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business
         of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual
         place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing
         address of the person to be served, other than a United States Postal Service post office box. I informed
         him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
         at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         (date):    from (city):    or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]    PROOF OF SERVICE OF SUMMONS     Legal<br>Solutions<br>Plus    Code of Civil Procedure, § 417.10

*Exhibit* B *Page* 81

| PLAINTIFF/PETITIONER: Victor Manneh | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc. | 37-2008-00078829-CU-BC-CTL |

5.  c. | X | by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date)*: March 10, 2008        (2) from *(city)*: San Diego, CA

     (3) | | with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

     (4) | | to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. | | by other means *(specify means of service and authorizing code section)*:

     | | Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. | | as an individual defendant.

    b. | | as the person sued under the fictitious name of *(specify)*:

    c. | | as occupant.

    d. | X | On behalf of: *(specify)*:

     under the following Code of Civil Procedure section:

| | X | 416.10 (corporation) | | | 415.95 (business organization, form unknown) |
|---|---|---|
| | | 416.20 (defunct corporation) | | | 416.60 (minor) |
| | | 416.30 (joint stock company/association) | | | 416.70 (ward or conservatee) |
| | | 416.40 (association or partnership) | | | 416.90 (authorized person) |
| | | 416.50 (public entity) | | | 415.46 (occupant) |
| | | | | | other: |

7. Person who served papers

    a. Name: Lisa D. Parker

    b. Address: Mitchell & Gilleon, 402 W. Broadway, Ste. 880, San Diego, CA 92101

    c. Telephone number: 619.702.8623

    d. The fee for service was: $

    e. I am:

     (1) | X | not a registered California process server.

     (2) | X | exempt from registration under Business and Professions Code section 22350(b).

     (3) | | registered California process server:

       (i) | | owner | | employee | | independent contractor.

       (ii) Registration No.:

       (iii) County:

8. | X | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. | | I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 10, 2008

Lisa D. Parker
_____        _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                      (SIGNATURE)

Exhibit __B__ Page 82

**EXHIBIT C**



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

KG3 / ALL
Transmittal Number: 565/519
Date Processed: 03/12/2008

| | |
|---|---|
| Primary Contact: | Katie Garrett<br>Inverness Medical Innovations, Inc.<br>51 Sawyer Road<br>Suite 200<br>Waltham, MA 02453 |
| Copy of transmittal only provided to: | Jay McNamara Esq. |
| Entity: | Innovations Research, LLC<br>Entity ID Number 2520073 |
| Entity Served: | Innovations Research, LLC |
| Title of Action: | Victor Manneh vs. Inverness Medical Innovations, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Labor / Employment |
| Court: | San Diego Superior Court, California |
| Case Number: | 37-2008-00078829-CU-BC-CTL |
| Jurisdiction Served: | California |
| Date Served on CSC: | 03/11/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | James C. Mitchell<br>(619) 702-8623 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
CSC is SAS70 Type II certified for its Litigation Management System
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

*Exhibit C  Page 83*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James C. Mitchell (CBA #107151)<br>Daniel M. Gilleon (CBA #195200)<br>Mitchell & Gilleon<br>402 W. Broadway, Suite 880<br>San Diego, CA 92101<br>TELEPHONE NO.: 619-702-8623   FAX NO. (Optional): 619-702-6337<br>E-MAIL ADDRESS (Optional): | |

ATTORNEY FOR (Name): Plaintiff Victor Manneh

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: P.O. Box 120128
CITY AND ZIP CODE: San Diego, CA 92112-0128
BRANCH NAME: Central

| PLAINTIFF/PETITIONER: Victor Manneh | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc. | 37-2008-00078829-CU-BC-CTL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): Notice Of Case Assignment, Stipulation To Alternative Dispute Resolution Process

3. a. Party served (specify name of party as shown on document served): Inverness Medical Innovations, Inc.
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   Authorized Agent

4. Address where the party was served: Corporation Service Company, 2711 Centerville Road, Ste. 400, Wilmington, DE 19808

5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party. (1) on (date):   (2) at (time):
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
      (date):   from (city):   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

PROOF OF SERVICE OF SUMMONS   Legal<br>Solutions<br>Ca Plus   Code of Civil Procedure, § 417.10

Exhibit C Page 84

| PLAINTIFF/PETITIONER: Victor Manneh | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc., | 37-2008-00078829-CU-BC-CTL |

5.  c.  [ X ]  by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

       (1)  on (date): March 10, 2008           (2) from (city): San Diego, CA

       (3) [ ]  with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc. § 415.30)

       (4) [ ]  to an address outside California with return receipt requested. (Code Civ. Proc. § 415.40.)

    d. [ ]  by other means (specify means of service and authorizing code section):

       [ ]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

    a. [ ]  as an individual defendant.

    b. [ ]  as the person sued under the fictitious name of (specify):

    c. [ ]  as occupant.

    d. [ X ]  On behalf of (specify):
       under the following Code of Civil Procedure section:

| | |
|---|---|
| [ X ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7.  Person who served papers
    a. Name: Lisa D. Parker
    b. Address: Mitchell & Gilleon, 401 W. Broadway, Ste. 880, San Diego, CA 92101
    c. Telephone number: 619-702-8623
    d. The fee for service was: $
    e. I am:

       (1) [ X ]  not a registered California process server.
       (2) [ X ]  exempt from registration under Business and Professions Code section 22350(b).
       (3) [ ]  registered California process server:
          (i) [ ]  owner    [ ] employee    [ ] independent contractor.
          (ii)  Registration No.:
          (iii)  County:

8.  [ X ]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

       or

9.  [ ]  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 10, 2008

Lisa D. Parker
_____          ►          _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                              (SIGNATURE)

*Exhibit C Page 85*

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James C. Mitchell (CBA #67451)<br>Daniel M. Gilleon (CBA #195200)<br>Mitchell & Gilleon<br>402 W. Broadway, Suite 880<br>San Diego, CA 92101<br>TELEPHONE NO: 619.702.8623    FAX NO. (Optional): 619.702.6337<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Victor Manneh | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: P.O. Box 12018
CITY AND ZIP CODE: San Diego, CA 92112-0128
BRANCH NAME: Central

| PLAINTIFF/PETITIONER: Victor Manneh | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc | 37-2008-00078629-CU-BC-CTL |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. X  summons
   b. X  complaint
   c. X  Alternative Dispute Resolution (ADR) package
   d. X  Civil Case Cover Sheet *(served in complex cases only)*
   e.     cross-complaint
   f. X  other *(specify documents)*: Notice Of Case Assignment, Stipulation To Alternative Dispute Resolution Process

3. a. Party served *(specify name of party as shown on documents served)*: David Scott

   b.     Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Standard Way, Priory Business Park, Bedford, England, XY MK44 3UP

5. I served the party *(check proper box)*
   a.     by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:        (2) at *(time)*:
   b.     by substituted service. On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1)     (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2)     (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3)     (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4)     I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or        a declaration of mailing is attached.

      (5)     I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

RECEIVED
2 0 MAR 2008
Patent Department
Unipath Ltd.

Exhibit D   Page 86

PLAINTIFF/PETITIONER: Victor Manneh

CASE NUMBER: 37-2008-00078829-CU-BC-CTL

DEFENDANT/RESPONDENT: Inverness Medical Innovations, Inc.,

5. c. X by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on (date): March 10, 2008      (2) from (city): San Diego, CA

(3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgment of Receipt.) (Code Civ. Proc., §415.30.)

(4) X to an address outside California with return receipt requested. (Code Civ. Proc., §415.40.)

d. ☐ by other means (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. X as an individual defendant.

b. ☐ as the person sued under the fictitious name of (specify):

c. ☐ as occupant.

d. ☐ On behalf of (specify):

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)               ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                     ☐ other:

7. Person who served papers

a. Name: Lisa D. Parker

b. Address: Mitchell & Gilleon, 402 W. Broadway, Ste. 880, San Diego, CA 92101

c. Telephone number: 619.702.8623

d. The fee for service was: $

e. I am:

(1) X not a registered California process server.

(2) X exempt from registration under Business and Professions Code section 22350(b).

(3) ☐ registered California process server:

(i) ☐ owner  ☐ employee  ☐ independent contractor

(ii) Registration No.:

(iii) County:

8. X I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: March 10, 2008

Lisa D. Parker
_____      ►      _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)



POS-010 [Rev. January 1, 2007]          PROOF OF SERVICE OF SUMMONS          Page 2 of 2

EXHIBIT E



1 | Janice P. Brown, Esq. (114433)
2 | Nadia P. Bermudez, Esq. (216555)
Marissa L. Dragoo, Esq. (244480)
3 | **BROWN LAW GROUP**
600 B Street, Suite 1650
4 | San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701
5 |

FILED
CIVIL BUSINESS OFFICE 1
CENTRAL DIVISION

2008 APR -9 PM 2: 54

CLERK SUPERIOR COURT
SAN DIEGO COUNTY, CA

6 | Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC and David Scott

7

8 |                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |                             FOR THE COUNTY OF SAN DIEGO

10

11 | VICTOR MANNEH,                          )   Case No.  37-2008-00078829-CU-BC-CTL
                                            )
12 |               Plaintiff,               )
                                            )   ANSWER TO PLAINTIFF'S COMPLAINT
13 | v.                                      )   FOR DAMAGES
                                            )
14 | INVERNESS MEDICAL INNOVATIONS,          )
     INC., a Delaware corporation;          )
15 | INNOVATIONS RESEARCH, LLC, a            )
     Delaware limited liability company; DAVID )
16 | SCOTT, and DOES 1 through 50,          )
                                            )
17 |               Defendants.              )
     _____   )

18

19 |         Defendants Inverness Medical Innovations, Inc. ("Inverness"), Innovations Research,

20 | LLC ("Innovations") and David Scott ("Scott") answer the unverified Complaint ("Complaint") of

21 | Plaintiff Victor Manneh ("Plaintiff"), an individual, as follows:

22 |                                         **I.**

23 |                             **GENERAL DENIAL**

24 |         Pursuant to Code of Civil Procedure 431.30(b)(1), Defendants deny each and every

25 | allegation of the Complaint, and further deny that Plaintiff is entitled to any relief.  Without

26 | waiving Defendants' general denial, and without admitting any allegation of the Complaint,

27 | Defendants allege the following affirmative defenses on information and belief:

28 | ///

_____
ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES    *Exhibit* __E__ Page  88

## II.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Cause of Action)

The Complaint and each purported cause of action alleged therein fail to state facts sufficient to constitute a cause of action against Defendants.

### SECOND AFFIRMATIVE DEFENSE

#### (Third-Party Cause)

Any and all alleged events, happenings, resulting injuries and damages, if any, were proximately caused by the acts or conduct of other persons and/or entities which acts or conduct were the cause, intervening cause and/or superceding cause of the injuries and damages, if any, of Plaintiff's claim, thus barring Plaintiff's recovery against Defendants.

### THIRD AFFIRMATIVE DEFENSE

#### (Waiver)

Plaintiff's Complaint and each purported cause of action therein are barred by Plaintiff's knowing and voluntary waiver.

### FOURTH AFFIRMATIVE DEFENSE

#### (Estoppel)

Plaintiff's Complaint and each purported cause of action therein are barred by estoppel and/or collateral estoppel.

### FIFTH AFFIRMATIVE DEFENSE

#### (Res Judicata)

Plaintiff's Complaint and each purported cause of action therein are barred by res judicata.

///
///
///
///

-2-

## SIXTH AFFIRMATIVE DEFENSE

### (Consent and/or Ratification)

Plaintiff is not entitled to any recovery sought in the Complaint because Defendants' alleged actions were just and reasonable and to the extent necessary, if at all, were consented to, authorized, approved or ratified by Plaintiff and/or any other necessary persons.

## SEVENTH AFFIRMATIVE DEFENSE

### (Justification)

Plaintiff's Complaint and each purported cause of action therein are barred because Defendants' actions were justified under the circumstances, and Defendants acted in good faith at all times.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Any recovery on Plaintiff's Complaint, or any purported cause of action alleged therein, is barred in whole or in part by Plaintiff's failure to mitigate its alleged damages.

## NINTH AFFIRMATIVE DEFENSE

### (Compliance with Agreement)

Any recovery on Plaintiff's Complaint, or any purported cause of action alleged therein, is barred in whole or in part because Defendants have acted in compliance with all applicable agreements.

## TENTH AFFIRMATIVE DEFENSE

### (Breach of Implied Covenant of Good Faith and Fair Dealing)

Defendants are informed and believe, and upon such information and belief allege, that the Complaint is barred as Plaintiff has engaged in conduct and activity constituting a breach of the implied covenant of good faith and fair dealing.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's Complaint and each purported cause of action therein are barred by the equitable doctrine of unclean hands.

-3-

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff's Complaint and each purported cause of action therein are barred by laches.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff's Complaint is barred, in whole or in part, by applicable statute of limitations periods, including but not limited to the three-year statute of limitations period set forth in Code of Civil Procedure section 338.

## FOURTEENTH AFFIRMATIVE DEFNESE

### (Set-Off & Recoupment)

Defendants allege that they have suffered damages by reason of Plaintiff's conduct; that Defendants have a right to offset if any amount is owed to Plaintiff or due Plaintiff by way of damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Affirmative Defenses)

Defendants presently have insufficient knowledge or information upon which to form a belief as to whether they may have additional affirmative defenses available. Defendants reserve the right to assert additional affirmative defenses in the event discovery or further analysis indicates that additional unknown or unstated affirmative defenses would be applicable.

///
///
///
///
///
///
///
///
///

-4-

1    WHEREFORE, Defendants pray for judgment against Plaintiff as follows:

2    1.    That Plaintiff takes nothing by way of its Complaint;

3    2.    That the Complaint be dismissed;

4    3.    For costs of suit herein;

5    4.    For reasonable attorneys' fees and expenses; and,

6    5.    For such other and further relief as the Court deems just and proper.

7

8    Dated:  April ___, 2008                    BROWN LAW GROUP

9

10                                     By: _____
11                                     Janice P. Brown, Esq.
                                       Nadia P. Bermudez, Esq.
12                                     Marissa L. Dragoo, Esq.
                                       Attorneys for Defendants Inverness
13                                     Medical Innovations, Inc.; Innovations
                                       Research, LLC and David Scott

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES    Exhibit _E_    Page 92

**PROOF OF SERVICE**
*Victor Manneh v. Inverness Medical Innovations, Inc.*
San Diego Superior Court Case No.37-2008-00078829-CU-BC-CTL

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On April 9, 2008, I served the foregoing documents described as:

ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES

on the interested parties in this action as set forth below in the following manner.

James C. Mitchell
Mitchell & Gilleon
402 West Broadway, Ste. 880
San Diego, CA 92101

(X)    **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )    **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure §1013(e).

( )    **BY PERSONAL SERVICE.** I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure §1011.

( )    **BY EXPRESS MAIL.** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure §1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on April 9, 2008, at San Diego, California.

*Myriam Sandoval*
Myriam Sandoval

Exhibit ___E___ Page 93

# ORIGINAL

§ JS 44   (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)   PLAINTIFFS | DEFENDANTS   Inverness Medical Innovations, Inc., |
|---|---|
| Victor Manneh | Innovations Research, LLC, and David Scott |
| (b) County of Residence of First Listed Plaintiff   San Diego | County of Residence of First Listed Defendant   Delaware |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| (c) Attorney's (Firm Name, Address, and Telephone Number)   James C. Mitchell, Mitchell and Gilleon   402 W. Broadway, Suite 880 San Diego, CA 92101 | Attorneys (If Known)   Janice P. Brown, Brown Law Group   600 B. St., Suite 1650   San Diego, CA 92101 |

'08 CV 0653 WQH AJB

### II.  BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☒ 4   Diversity (Indicate Citizenship of Parties in Item III)

### III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1   Original Proceeding

☒ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from another district (specify)

☐ 6   Multidistrict Litigation

☐ 7   Appeal to District Judge from Magistrate Judgment

### VI.  CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):   (28 U.S.C. § 1332)

Brief description of cause:
Plaintiff alleges breach of contract and rescission in connection with his former employment with Inverness.

### VII.  REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $   $1.4 million

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

### VIII.  RELATED CASE(S) IF ANY
(See instructions:)   JUDGE _____   DOCKET NUMBER _____

DATE   4-10-08

SIGNATURE OF ATTORNEY OF RECORD   M Benner for Janice Brown

**FOR OFFICE USE ONLY**

RECEIPT # 149632   AMOUNT $350   APPLYING IFP No 4/10/08   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

     (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

     (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                              Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149632    — KD

April 10. 2008
15:45:01

Civ Fil Non-Pris
USAO #.: 08CV0653
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC 5586

Total—> $350.00

FROM: CIVIL FILING
      MANNEH V. INVERNESS MED
      INNOVATIONS, ET AL