ORIGINAL

Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
Marissa L. Dragoo, Esq. (244480)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC and David Scott

FILED
08 APR 10 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0653 WQH AJB

| | |
|---|---|
| VICTOR MANNEH, | Case No. |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50, | |
| Defendants. | |

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101.

On April 10, 2008, I served the foregoing documents described as:

1. Civil Cover Sheet;

2. Defendant Inverness Medical Innovations, Inc, Innovations Research LLC, and David Scott's Notice of Removal;

3. Declaration of Nadia P. Bermudez in support of Defendant Inverness Medical Innovations, Inc, Innovations Research LLC, and David Scott's Notice of Removal;

Case No. _____
NOTICE OF PARTY WITH FINANCIAL INTEREST

1     4.    Notice of Party with Financial Interest; and

2     5.    Proof of Service

on the interested parties in this action as set forth below in the following manner.

<u>Attorney for Plaintiff</u>
James C. Mitchell
Mitchell & Gilleon
402 West Broadway, Ste. 880
San Diego, CA 92101

(X)    **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to <u>Code of Civil Procedure</u> §1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )    **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to <u>Code of Civil Procedure</u> §1013(e).

( )    **BY PERSONAL SERVICE.** I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to <u>Code of Civil Procedure</u> §1011.

( )    **BY EXPRESS MAIL.** I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to <u>Code of Civil Procedure</u> §1013(c).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Diego, California.

*Myriam Sandoval*
Myriam Sandoval

-2-

Manneh v. Inverness Medical Innovations
Proof of Service
    Case No. _____