Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
Marissa L. Dragoo, Esq. (244480)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC and David Scott

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH, | Case No. '08 CV 0653 WQH AJB |
| Plaintiff, | NOTICE OF PARTY WITH FINANCIAL INTEREST |
| v. | |
| INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50, | |
| Defendants. | |

Defendants Inverness Medical Innovations, Inc. ("Inverness"), Innovations Research, LLC ("Innovations") and David Scott ("Scott"), hereby submit this Notice of Party With Financial Interest pursuant to Civ. LR 40.2.

Defendant Inverness hereby identifies itself as a publicly traded company with 12.93% of its stock owned by Fidelity Investments. Aside from Fidelity Investments, there are no other publicly held companies that own 10% or more of Inverness' stock.

Defendant Innovations is a wholly owned subsidiary of IM US Holdings, LLC, a Limited Liability Company organized under the laws of the state of Delaware. IM US Holdings, LLC is

Case No. _____
NOTICE OF PARTY WITH FINANCIAL INTEREST

1  in turn a wholly owned subsidiary of Inverness Medical Innovations, Inc.  There are no publicly
2  held companies that own 10% or more of Innovations.
3
4  Dated: April 10, 2008                              BROWN LAW GROUP
5
6                                                    By: _____
7                                                       Janice P. Brown
                                                        Nadia P. Bermudez
8                                                       Marissa L. Dragoo
                                                        Attorneys for Defendants Defendants
9                                                       Inverness Medical Innovations, Inc.,
                                                        Innovations Research, LLC and David Scott

-2-

Case No._____
NOTICE OF PARTY WITH FINANCIAL INTEREST