ORIGINAL

Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
Marissa L. Dragoo, Esq. (244480)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC and David Scott

FILED
08 APR 10 PM 3:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH, <br><br> Plaintiff, <br><br> v. <br><br> INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50, <br><br> Defendants. | Case No. '08 CV 0653 WQH AJB <br><br> DECLARATION OF NADIA P. BERMUDEZ, ESQ. IN SUPPORT OF DEFENDANTS INVERNESS MEDICAL INNOVATIONS, INC., INNOVATIONS RESEARCH, LLC AND DAVID SCOTT'S NOTICE OF REMOVAL |

I, Nadia P. Bermudez, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and in the above-entitled Court. I am an associate at Brown Law Group, attorneys of record in this action for Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott. I have personal knowledge of the facts set forth below and if called to do so, could and would testify competently thereto.

Case No._____
DECLARATION OF NADIA P. BERMUDEZ, ESQ. IN SUPPORT OF DEFENDANTS INVERNESS MEDICAL INNOVATIONS, INC.,
INNOVATIONS RESEARCH, LLC AND DAVID SCOTT'S NOTICE OF REMOVAL

2. I hereby attest to the veracity and truth of all statements set forth in Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott's Notice of Removal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 10, 2008, at San Diego California.

_____
Nadia P. Bermudez

-2-

Case No._____
DECLARATION OF NADIA P. BERMUDEZ, ESQ. IN SUPPORT OF DEFENDANTS INVERNESS MEDICAL INNOVATIONS, INC., INNOVATIONS RESEARCH, LLC AND DAVID SCOTT'S NOTICE OF REMOVAL