Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
Jaejung Kim, Esq. (254170)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile:  (619) 330-1701

Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC; and David Scott

James C. Mitchell, Esq. (87151)
Mitchell & Gilleon
402 West Broadway, Suite 880
San Diego, CA 92101
Telephone: (619) 702-8623
Facsimile:  (619) 702-6337

Attorney for Plaintiff Victor Manneh

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 08-cv-00653-WQH-AJB<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>ENE Date: May 16, 2008<br>Time:　　2:00 p.m.<br>Magistrate Judge: Anthony J. Battaglia |

1  Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc.,
2  Innovations Research, LLC, and David Scott (collectively, "Defendants") through their
3  respective counsel of record hereby request an order granting a continuance of the May 16, 2008
4  Early Neutral Evaluation ("ENE") conference, and to continue the due dates of the parties'
5  respective ENE briefs.
6  WHEREAS Plaintiff Victor Manneh, though his counsel, stipulates to this continuance;
7  WHEREAS an ENE conference in the above-captioned matter has been set by the Court
8  for May 16, 2008 at 2:00 p.m.;
9  WHEREAS Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have an
10 unrelated hearing before Hon. William Nevitt in San Diego Superior Court, on a matter entitled
11 *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the
12 same time as the presently scheduled ENE;
13 WHEREAS Jonathan E. Gothorpe, Esq. representative for Defendant Inverness Medical
14 Innovations, Inc. is traveling from out of state Waltham, Massachusetts, and will be unable to be
15 appear on May 16, 2008;
16 WHEREAS counsel and clients are available for the continuance of the ENE on May 30,
17 2008, and any Friday thereafter subject to the Court's calendar for the month of June 2008; and
18 WHEREAS a continuance of the May 16, 2008 ENE conference is thus necessary.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

Victor Manneh v. Inverness Medical Innovations, Inc., et al.                    Case No. 08 CV 00653-WOH (AJB)
Joint Motion to Continue the Early Neutral Evaluation                                                  Page 2

1   THE PARTIES THEREFORE STIPULATE AND AGREE to continue the ENE
2   conference, and jointly request that the ENE conference now set for May 16, 2008, be continued
3   to _____, 2008, subject to the Court's calendar.

4   THE PARTIES THEREFORE STIPULATE AND AGREE ALSO to continue the dates
5   for Plaintiff's ENE brief to be due on _____, 2008, and Defendants' ENE brief to be due
6   on _____, 2008.

8   DATED: April 30, 2008                    BROWN LAW GROUP

10                                           By:    s/ Nadia P. Bermudez
11                                                  Janice P. Brown
                                                    Nadia P. Bermudez
12                                                  Attorneys for Defendants Inverness Medical
                                                    Innovations, Inc., Innovations Research,
13                                                  LLC and David Scott

15  DATED: April 30, 2008                    MITCHELL & GILLEON

17                                           By:    s/ James C. Mitchell
                                                    James C. Mitchell
18                                                  Attorney for Plaintiff