1  Janice P. Brown, Esq. (114433)
   Nadia P. Bermudez, Esq. (216555)
2  Jaejung Kim, Esq. (254170)
   **BROWN LAW GROUP**
3  600 B Street, Suite 1650
   San Diego, CA 92101
4  Telephone: (619) 330-1700
   Facsimile:  (619) 330-1701
5
   Attorneys for Defendants Inverness Medical Innovations, Inc.;
6  Innovations Research, LLC; and David Scott
7  James C. Mitchell, Esq. (87151)
   Mitchell & Gilleon
8  402 West Broadway, Suite 880
   San Diego, CA 92101
9  Telephone: (619) 702-8623
   Facsimile:  (619) 702-6337
10
   Attorney for Plaintiff Victor Manneh
11
12               UNITED STATES DISTRICT COURT
13            SOUTHERN DISTRICT OF CALIFORNIA
14
15  VICTOR MANNEH,                    )  Case No. 08-cv-00653-WQH-AJB
                                      )
16         Plaintiff,                 )  **JOINT MOTION AND STIPULATION**
                                      )  **TO CONTINUE THE EARLY NEUTRAL**
17  v.                                )  **EVALUATION CONFERENCE**
                                      )
18  INVERNESS MEDICAL INNOVATIONS,    )
    INC., a Delaware corporation;     )
19  INNOVATIONS RESEARCH, LLC, a      )  ENE Date: May 16, 2008
    Delaware limited liability company; DAVID  )  Time:      2:00 p.m.
20  SCOTT, and DOES 1 through 50,     )  Magistrate Judge: Anthony J. Battaglia
                                      )
21         Defendants.                )
                                      )
22  _____ )
23
24
25
26
27
28

1    Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc.,

2  Innovations Research, LLC, and David Scott (collectively, "Defendants") through their

3  respective counsel of record hereby request an order granting a continuance of the May 16, 2008

4  Early Neutral Evaluation ("ENE") conference, and to continue the due dates of the parties'

5  respective ENE briefs.

6    WHEREAS Plaintiff Victor Manneh, though his counsel, stipulates to this continuance;

7    WHEREAS an ENE conference in the above-captioned matter has been set by the Court

8  for May 16, 2008 at 2:00 p.m.;

9    WHEREAS Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have an

10 unrelated hearing before Hon. William Nevitt in San Diego Superior Court, on a matter entitled

11 *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the

12 same time as the presently scheduled ENE;

13    WHEREAS Jonathan E. Gothorpe, Esq. representative for Defendant Inverness Medical

14 Innovations, Inc. is traveling from out of state Waltham, Massachusetts, and will be unable to be

15 appear on May 16, 2008;

16    WHEREAS counsel and clients are available for the continuance of the ENE on May 30,

17 2008, and any Friday thereafter subject to the Court's calendar for the month of June 2008; and

18    WHEREAS a continuance of the May 16, 2008 ENE conference is thus necessary.

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    THE PARTIES THEREFORE STIPULATE AND AGREE to continue the ENE

2  conference, and jointly request that the ENE conference now set for May 16, 2008, be continued

3  to _____, 2008, subject to the Court's calendar.

4    THE PARTIES THEREFORE STIPULATE AND AGREE ALSO to continue the dates

5  for Plaintiff's ENE brief to be due on _____, 2008, and Defendants' ENE brief to be due

6  on _____, 2008.

7

8  DATED:  April 30, 2008              BROWN LAW GROUP

9

10                                     By:    s/ Nadia P. Bermudez
                                              Janice P. Brown
11                                            Nadia P. Bermudez
                                              Attorneys for Defendants Inverness Medical
12                                            Innovations, Inc., Innovations Research,
                                              LLC and David Scott
13

14

15  DATED:  April 30, 2008              MITCHELL & GILLEON

16
                                       By:    s/ James C. Mitchell
17                                            James C. Mitchell
                                              Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28