Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
Jaejung Kim, Esq. (254170)
**BROWN LAW GROUP**
600 B Street, Suite 1650
San Diego, CA 92101
Telephone: (619) 330-1700
Facsimile: (619) 330-1701

Attorneys for Defendants Inverness Medical Innovations, Inc.;
Innovations Research, LLC; and David Scott

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH, <br><br> Plaintiff, <br><br> v. <br><br> INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50, <br><br> Defendants. | Case No. 08-cv-00653-WQH-AJB <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE |

## INTRODUCTION

Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC, and David Scott (collectively, "Defendants") through their respective counsel of record hereby request that this Court grant the parties' joint motion to continue the May 16, 2008 Early Neutral Evaluation ("ENE") conference.

///

///

///

## LEGAL STANDARD

The Court Order dated April 21, 2008 setting an ENE conference provides that "a request to continue the ENE will <u>not</u> be considered *unless* **submitted via a joint motion to continue the date** no less than fourteen days prior to the scheduled conference" absent extraordinary circumstances [emphasis added]. In addition, the Order states that the joint motion must be supported by a declaration of counsel setting forth the reasons and justifications for the relief requested; confirm compliance with Civil Local Rule 26.1; and, report the position of opposing counsel or any unrepresented parties subject to the Order.

## ARGUMENT

Pursuant to the Court Order, both Plaintiff and Defendants jointly file a motion to continue the ENE date and there are also extraordinary circumstances.

### 1. Parties submit a joint motion to continue the Early Neutral Evaluation conference date.

Plaintiff and Defendants agree that the parties continue the ENE conference currently set for May 16, 2008 at 2:00 p.m. and thereby submit a joint motion to continue such date. There is no objection to continuance by either party.

### 2. In addition, there are extraordinary circumstances.

There also exist extraordinary circumstances. While the ENE conference for the above-captioned matter is scheduled for May 16, 2008 at 2:00 p.m., Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have a hearing of a different matter, *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the same time. Moreover, Jonathan E. Gothorpe, counsel for Defendant Inverness Medical Innovations, Inc. is traveling from out of state and will not be able to appear on May 16, 2008.

///
///
///
///
///

## CONCLUSION

For the forgoing reasons, Plaintiff and Defendants agree to continue the ENE conference and respectfully request that this Court grant the parties' joint motion to continue the ENE conference date.

DATED: April 30, 2008                    BROWN LAW GROUP

                                By:    s/ Nadia P. Bermudez
                                       Janice P. Brown
                                       Nadia P. Bermudez
                                       Jaejung Kim
                                       Attorneys for Defendants Inverness Medical
                                       Innovations, Inc., Innovations Research,
                                       LLC and David Scott