1  Janice P. Brown, Esq. (114433)
Nadia P. Bermudez, Esq. (216555)
2  Jaejung Kim, Esq. (254170)
**BROWN LAW GROUP**
3  600 B Street, Suite 1650
San Diego, CA 92101
4  Telephone: (619) 330-1700
Facsimile:  (619) 330-1701
5
Attorneys for Defendants Inverness Medical Innovations, Inc.;
6  Innovations Research, LLC; and David Scott

7

8

9                  UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11

12  VICTOR MANNEH,                          )  Case No. 08-cv-00653-WQH-AJB
                                            )
13              Plaintiff,                  )  DECLARATION OF NADIA P.
                                            )  BERMUDEZ IN SUPPORT OF JOINT
14  v.                                      )  MOTION TO CONTINUE THE EARLY
                                            )  NEUTRAL EVALUATION CONFERENCE
15  INVERNESS MEDICAL INNOVATIONS,          )
    INC., a Delaware corporation;           )
16  INNOVATIONS RESEARCH, LLC, a            )
    Delaware limited liability company; DAVID )
17  SCOTT, and DOES 1 through 50,           )
                                            )
18              Defendants.                 )
                                            )
19  _____ )

20

21      I, Nadia P. Bermudez, declare as follows:

22      1.      I am an attorney licensed to practice law in the State of California, and in the

23  above-entitled Court.  I am an associate at Brown Law Group, attorneys of record in this action

24  for Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott

25  (collectively, "Defendants").  I have personal knowledge of the facts set forth below and if called

26  to do so, could and would testify competently thereto.

27  ///

28  ///

1      2.      I hereby attest to the veracity and truth of all statements set forth in the Joint

2  Motion to Continue the Early Neutral Evaluation ("ENE") Conference.

3      3.      An ENE conference in the above-captioned matter has been set by the Court for

4  May 16, 2008 at 2:00 p.m.

5      4.      Janice P. Brown and I, counsel for Defendants, have an unrelated hearing before

6  Hon. William Nevitt in San Diego Superior Court, on a matter entitled *Bevier & Hollingsworth v.*

7  *City of San Diego* (Case No. GIC878380), on the same date and at the same time as the presently

8  scheduled ENE.

9      5.      Jonathan E. Gothorpe, Esq., representative for Defendants is traveling from

10  Waltham, Massachusetts, and needs this accommodation for his travel to San Diego, California.

11      6.      I also confirm that the parties are in compliance with Civil Local Rule 26.1 of the

12  United States District Court for the Southern District of California.

13      7.      Opposing counsel agrees to the continuance of the ENE date currently set for

14  May 16, 2008 at 2:00 p.m. and the parties jointly submit a motion to continue such date.

15      I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct and that this declaration was executed on April 30, 2008, at San

17  Diego California.

18

19                       /s Nadia P.Bermudez
                      Nadia P. Bermudez

20

21

22

23

24

25

26

27

28