# PROOF OF SERVICE

***Victory Manneh v .Inverness Medical Innovations, Inc., et al.***
United States District Court, Southern District
Case No. 08-CV-00653-WHQ (AJB)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 B Street, Suite 1650, San Diego, California 92101, and do hereby certify that on April 30, 2008, copies of the following document described as: **JOINT MOTION AND STIPULATION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT THEREOF** was served upon all parties as indicated below:

<u>**Attorneys for Plaintiff Victor Manneh**</u>

James C. Mitchell, Esq.
Mitchell & Gilleon
402 West Broadway, Suite 880
San Diego, CA 92101
Phone No.: 619-702-8623
Fax No.: 619-702-6337
jcm@mglawyers.com

( X )  **ELECTRONIC TRANSMISSION.** I filed the foregoing document with the Clerk of the Court for the United States District Court, Southern District, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was serve a "Notice of Electronic Filing" sent by ECF system.

( X )  **STATE OF CALIFORNIA.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 30, 2008, at San Diego, California.

                 /s MyriaSandoval
                 Myriam Sandoval