1  Janice P. Brown, Esq. (114433)
   Nadia P. Bermudez, Esq. (216555)
2  Jaejung Kim, Esq. (254170)
   **BROWN LAW GROUP**
3  600 B Street, Suite 1650
   San Diego, CA 92101
4  Telephone: (619) 330-1700
   Facsimile:  (619) 330-1701
5
   Attorneys for Defendants Inverness Medical Innovations, Inc.;
6  Innovations Research, LLC; and David Scott

7  James C. Mitchell, Esq. (87151)
   Mitchell & Gilleon
8  402 West Broadway, Suite 880
   San Diego, CA 92101
9  Telephone: (619) 702-8623
   Facsimile:  (619) 702-6337
10
   Attorney for Plaintiff Victor Manneh
11

12                    UNITED STATES DISTRICT COURT

13                    SOUTHERN DISTRICT OF CALIFORNIA

14

15  VICTOR MANNEH,                          ) Case No. 08-cv-00653-WQH-AJB
                                            )
16          Plaintiff,                      ) **AMENDED JOINT MOTION AND**
                                            ) **STIPULATION TO CONTINUE THE**
17  v.                                      ) **EARLY NEUTRAL EVALUATION**
                                            ) **CONFERENCE**
18  INVERNESS MEDICAL INNOVATIONS,          )
    INC., a Delaware corporation;           )
19  INNOVATIONS RESEARCH, LLC, a            )
    Delaware limited liability company; DAVID ) ENE Date: May 16, 2008
20  SCOTT, and DOES 1 through 50,           ) Time:     2:00 p.m.
                                            ) Magistrate Judge: Anthony J. Battaglia
21          Defendants.                     )
                                            )
22  _____)

1  Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc.,
2  Innovations Research, LLC, and David Scott (collectively, "Defendants") through their
3  respective counsel of record hereby request an order granting a continuance of the May 16, 2008
4  Early Neutral Evaluation ("ENE") conference, and to continue the due dates of the parties'
5  respective ENE briefs.
6  WHEREAS Plaintiff Victor Manneh, though his counsel, stipulates to this continuance;
7  WHEREAS an ENE conference in the above-captioned matter has been set by the Court
8  for May 16, 2008 at 2:00 p.m.;
9  WHEREAS Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have an
10 unrelated hearing before Hon. William Nevitt in San Diego Superior Court, on a matter entitled
11 *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the
12 same time as the presently scheduled ENE;
13 WHEREAS Jonathan E. Gothorpe, Esq. representative for Defendant Inverness Medical
14 Innovations, Inc. is traveling from out of state Waltham, Massachusetts, and will be unable to be
15 appear on May 16, 2008;
16 WHEREAS counsel and clients are available for the continuance of the ENE on May 30,
17 2008, and any Friday thereafter subject to the Court's calendar for the month of June 2008; and
18 WHEREAS a continuance of the May 16, 2008 ENE conference is thus necessary.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THE PARTIES THEREFORE STIPULATE AND AGREE to continue the ENE conference, and jointly request that the ENE conference now set for May 16, 2008, be continued to _____, 2008, subject to the Court's calendar.

THE PARTIES THEREFORE STIPULATE AND AGREE ALSO to continue the dates for Plaintiff's ENE brief to be due on _____, 2008, and Defendants' ENE brief to be due on _____, 2008.

DATED: April 30, 2008              BROWN LAW GROUP

                                   By:   s/ Nadia P. Bermudez
                                         Janice P. Brown
                                         Nadia P. Bermudez
                                         Attorneys for Defendants Inverness Medical
                                         Innovations, Inc., Innovations Research,
                                         LLC and David Scott

DATED: April 30, 2008              MITCHELL & GILLEON

                                   By:   s/ James C. Mitchell
                                         James C. Mitchell
                                         Attorney for Plaintiff

Victor Manneh v. Inverness Medical Innovations, Inc., et al.
Amended Joint Motion to Continue the Early Neutral Evaluation
Case No. 08 CV 00653-WOH (AJB)
Page 3