```
 1  Janice P. Brown, Esq. (114433)
    Nadia P. Bermudez, Esq. (216555)
 2  Jaejung Kim, Esq. (254170)
    BROWN LAW GROUP
 3  600 B Street, Suite 1650
    San Diego, CA 92101
 4  Telephone: (619) 330-1700
    Facsimile:  (619) 330-1701
 5
    Attorneys for Defendants Inverness Medical Innovations, Inc.;
 6  Innovations Research, LLC; and David Scott
 7
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH, | Case No. 08-cv-00653-WQH-AJB |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AMENDED JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE;** |
| v. | |
| INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50, | **DEFENDANTS' REQUEST TO PERMIT TELEPHONIC PARTICIPATION OF PARTY RESIDING IN ENGLAND** |
| Defendants. | |

First, Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC, and David Scott (collectively, "Defendants") through their respective counsel of record request that this Court grant the parties' Joint Motion to continue the May 16, 2008 Early Neutral Evaluation ("ENE") conference, and that corresponding briefing schedule also be continued.

Second, Defendants respectfully request that Defendant David Scott be permitted to appear at the Early Neutral Evaluation Conference telephonically. Mr. Scott resides in Bedford, England. Plaintiff has no objection to this request.

## I. APPROPRIATE CIRCUMSTANCES EXIST TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE.

The Court Order dated April 21, 2008 setting an ENE conference provides that "a request to continue the ENE will <u>not</u> be considered unless submitted via a joint motion to continue the date no less than fourteen days prior to the scheduled conference" absent extraordinary circumstances.

Plaintiff and Defendants agree that the parties continue the ENE conference currently set for May 16, 2008 at 2:00 p.m. and thereby submit a joint motion to continue such date. [1]

There also exist extraordinary circumstances. The ENE conference for the above-captioned matter is scheduled for May 16, 2008 at 2:00 p.m. Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have two hearings in an unrelated different matter, *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the same time, before Judge William Nevitt if the Superior Court. [2]

Additionally, Jonathan E. Gothorpe, the representatives for Defendants is traveling from out of state and will not be able to appear on May 16, 2008. Mr. Gothorpe works at Defendant Inverness' offices in Waltham, Massachusetts. Mr. Gothorpe has full settlement authority for Defendants.[3] Thus appropriate circumstances exist to continue the Early Neutral Evaluation Conference.

## II. GOOD CAUSE EXISTS TO PERMIT DEFENDANT DAVID SCOTT TO APPEAR TELEPHONICALLY.

Defendants respectfully request that the Court permit Mr. Scott to appear at the Early Neutral Evaluations Conference telephonically. Plaintiff has no objection.[4]

As indicated in Plaintiff's Complaint at paragraph 4, Defendant David Scott resides in

---

[1] See, Declaration of Nadia P. Bermudez ("Bermudez Decl."), filed concurrently, at ¶ 8.

[2] See, Bermudez Decl. at ¶ 4.

[3] See, Bermudez Decl. at ¶ 6.

[4] See, Bermudez Decl. at ¶ 5.

England. Brown Law Group is counsel for all three Defendants in this matter, including individual defendant and Inverness employee, David Scott.[5] Mr. Scott currently resides in Bedford, England. Appearance in San Diego for this hearing in San Diego, California would be extremely costly and burdensome. Additionally, Mr. Scott's interests will be properly represented by Mr. Gothorpe, who has full settlement authority for Defendants.[6]

### III. CONCLUSION

For the forgoing reasons, Plaintiff and Defendants agree to continue the ENE conference and respectfully request that this Court grant the parties' joint motion to continue the ENE conference date. Additionally, Defendants respectfully request that Defendant Scott be permitted to appear telephonically.

DATED: April 30, 2008                BROWN LAW GROUP

By:  s/ Nadia P. Bermudez
     Janice P. Brown
     Nadia P. Bermudez
     Jaejung Kim
     Attorneys for Defendants Inverness Medical
     Innovations, Inc., Innovations Research,
     LLC and David Scott

---

[5] See, Bermudez Decl. at ¶ 5.

[6] See, Bermudez Decl. at ¶ 6.