1  | Janice P. Brown, Esq. (114433)
   | Nadia P. Bermudez, Esq. (216555)
2  | Jaejung Kim, Esq. (254170)
   | **BROWN LAW GROUP**
3  | 600 B Street, Suite 1650
   | San Diego, CA 92101
4  | Telephone: (619) 330-1700
   | Facsimile: (619) 330-1701
5  |
   | Attorneys for Defendants Inverness Medical Innovations, Inc.;
6  | Innovations Research, LLC; and David Scott
7  |
8  |
9  |                    UNITED STATES DISTRICT COURT
10 |                  SOUTHERN DISTRICT OF CALIFORNIA
11 |
12 | VICTOR MANNEH,                    )   Case No. 08-cv-00653-WQH-AJB
   |                                   )
13 |            Plaintiff,             )   **DECLARATION OF NADIA P.**
   |                                   )   **BERMUDEZ IN SUPPORT OF**
14 | v.                                )   **AMENDED JOINT MOTION TO**
   |                                   )   **CONTINUE THE EARLY NEUTRAL**
15 | INVERNESS MEDICAL INNOVATIONS,    )   **EVALUATION CONFERENCE;**
   | INC., a Delaware corporation;     )   **CERTIFICATE OF COMPLIANCE;**
16 | INNOVATIONS RESEARCH, LLC, a      )
   | Delaware limited liability company; DAVID )   **DECLARATION OF NADIA P.**
17 | SCOTT, and DOES 1 through 50,     )   **BERMUDEZ IN SUPPORT OF**
   |                                   )   **DEFENDANTS' REQUEST TO PERMIT**
18 |            Defendants.            )   **TELEPHONIC PARTICIPATION OF**
   |                                   )   **PARTY RESIDING IN ENGLAND**
19 |                                   )
   |                                   )
20 | _____)
21 |
22 |        I, Nadia P. Bermudez, declare as follows:
23 |        1.    I am an attorney licensed to practice law in the State of California, and in the
24 | above-entitled Court.  I am an associate at Brown Law Group, attorneys of record in this action
25 | for Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott
26 | (collectively, "Defendants").  I have personal knowledge of the facts set forth below and if called
27 | to do so, could and would testify competently thereto.
28 | / / /

---

Victor Manneh v.  Inverness Medical Innovations, Inc., et al.                              Case No. 08 CV 00653-WOH (AJB)
Declaration of Nadia P. Bermudez in Support of Amended Joint Motion to Continue the Early Neutral Evaluation        Page 1

2.    I hereby attest to the veracity and truth of all statements set forth in the Amended Joint Motion to Continue the Early Neutral Evaluation ("ENE") Conference.

3.    An ENE conference in the above-captioned matter has been set by the Court for May 16, 2008 at 2:00 p.m.

4.    Janice P. Brown and I, counsel for Defendants, have two hearings before Hon. William Nevitt in San Diego Superior Court, on a matter entitled *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the same time as the presently scheduled ENE.

5.    Ms. Brown and I are counsel for all three Defendants in this matter, including individual defendant and Inverness employee, David Scott. David Scott presently resides in Bedford, England. Thus, Defendants request that Mr. Scott be permitted to appear telephonically. I confirmed with Plaintiff's counsel, James Mitchell, on April 30, 2008 that he has no objection to this request.

6.    Jonathan E. Gothorpe, Esq., representative for Defendants is traveling from Waltham, Massachusetts, and needs this accommodation for his travel to San Diego, California. Mr. Gothorpe has full settlement authority for Defendants.

7.    I also confirm that the parties are in compliance with Civil Local Rule 26.1 of the United States District Court for the Southern District of California.

8.    Opposing counsel agrees to the continuance of the ENE date currently set for May 16, 2008 at 2:00 p.m. and the parties jointly submit a motion to continue such date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 30, 2008, at San Diego California.

/s Nadia P. Bermudez
Nadia P. Bermudez