1  Janice P. Brown, Esq. (114433)
   Nadia P. Bermudez, Esq. (216555)
2  Jaejung Kim, Esq. (254170)
   **BROWN LAW GROUP**
3  600 B Street, Suite 1650
   San Diego, CA 92101
4  Telephone: (619) 330-1700
   Facsimile: (619) 330-1701

5

6  Attorneys for Defendants Inverness Medical Innovations, Inc.;
   Innovations Research, LLC; and David Scott

7  James C. Mitchell, Esq. (87151)
   Mitchell & Gilleon
8  402 West Broadway, Suite 880
   San Diego, CA 92101
9  Telephone: (619) 702-8623
   Facsimile: (619) 702-6337

10

11 Attorney for Plaintiff Victor Manneh

12                  UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

14

15 VICTOR MANNEH,                       )  Case No. 08-cv-00653-WQH-AJB
                                        )
16          Plaintiff,                  )  **AMENDED JOINT MOTION AND**
                                        )  **STIPULATION TO CONTINUE THE**
17 v.                                   )  **EARLY NEUTRAL EVALUATION**
                                        )  **CONFERENCE**
18 INVERNESS MEDICAL INNOVATIONS,       )
   INC., a Delaware corporation;        )
19 INNOVATIONS RESEARCH, LLC, a         )
   Delaware limited liability company; DAVID )  ENE Date: May 16, 2008
20 SCOTT, and DOES 1 through 50,        )  Time:      2:00 p.m.
                                        )  Magistrate Judge: Anthony J. Battaglia
21          Defendants.                 )
                                        )
22 _____  )

23

24

25

26

27

28

1    Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc.,

2  Innovations Research, LLC, and David Scott (collectively, "Defendants") through their

3  respective counsel of record hereby request an order granting a continuance of the May 16, 2008

4  Early Neutral Evaluation ("ENE") conference, and to continue the due dates of the parties'

5  respective ENE briefs.

6    WHEREAS Plaintiff Victor Manneh, though his counsel, stipulates to this continuance;

7    WHEREAS an ENE conference in the above-captioned matter has been set by the Court

8  for May 16, 2008 at 2:00 p.m.;

9    WHEREAS Janice P. Brown and Nadia P. Bermudez, counsel for Defendants, have an

10  unrelated hearing before Hon. William Nevitt in San Diego Superior Court, on a matter entitled

11  *Bevier & Hollingsworth v. City of San Diego* (Case No. GIC878380), on the same date and at the

12  same time as the presently scheduled ENE;

13    WHEREAS Jonathan E. Gothorpe, Esq. representative for Defendant Inverness Medical

14  Innovations, Inc. is traveling from out of state Waltham, Massachusetts, and will be unable to be

15  appear on May 16, 2008;

16    WHEREAS counsel and clients are available for the continuance of the ENE on May 30,

17  2008, and any Friday thereafter subject to the Court's calendar for the month of June 2008; and

18    WHEREAS a continuance of the May 16, 2008 ENE conference is thus necessary.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    THE PARTIES THEREFORE STIPULATE AND AGREE to continue the ENE

2 conference, and jointly request that the ENE conference now set for May 16, 2008, be continued

3 to _____, 2008, subject to the Court's calendar.

4    THE PARTIES THEREFORE STIPULATE AND AGREE ALSO to continue the dates

5 for Plaintiff's ENE brief to be due on _____, 2008, and Defendants' ENE brief to be due

6 on _____, 2008.

7

8 DATED: April 30, 2008              BROWN LAW GROUP

9

10                                   By:    s/ Nadia P. Bermudez
11                                          Janice P. Brown
                                            Nadia P. Bermudez
12                                          Attorneys for Defendants Inverness Medical
                                            Innovations, Inc., Innovations Research,
13                                          LLC and David Scott

14

15 DATED: April 30, 2008             MITCHELL & GILLEON

16
                                     By:    s/ James C. Mitchell
17                                          James C. Mitchell
                                            Attorney for Plaintiff
18

19

20

21

22

23

24

25

26

27

28