cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH,<br><br>            Plaintiff,<br>v.<br><br>INVERNESS MEDICAL INNOVATIONS, INC.,<br><br>           Defendants. | Civil No.08cv0653 WQH (AJB)<br><br>ORDER RE GRANTING JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE; CERTIFICATE OF COMPLIANCE;<br>DEFENDANTS' REQUEST TO PERMIT TELEPHONIC PARTICIPATION OF PARTY RESIDING IN ENGLAND |

      THIS MATTER having been opened to the Court on a joint motion by Plaintiff Victor Manneh ("Plaintiff") and Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC, and David Scott (collectively, "Defendants") defendants, by their attorneys, for a motion to continue the May 16, 2008 Early Neutral Evaluation ("ENE") conference, and that corresponding briefing schedule also be continued; and Defendants request that Defendant David Scott be permitted to appear at the Early Neutral Evaluation Conference telephonically; and the Court having considered the papers submitted and the arguments presented; and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Joint Motion is GRANTED. The Early Neutral Evaluation Conference will be continued to *May 30, 2008 at 10:00 a.m.*; Plaintiff's Early Neutral Evaluation Brief due date to be continued to: May 16, 2008; and Defendants' Early Neutral Evaluation Brief due date to be continued to: May 23, 2008;

2. Defendants' request to permit Defendant David Scott, a resident of England, to appear telephonically at the Early Neutral Evaluation conference is GRANTED. Defendant Scott shall call Judge Battaglia's chambers at (619) 557-3446 at the time of the conference.

IT IS SO ORDERED.

DATED: May 1, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court