cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH,<br><br>　　　　　Plaintiff,<br>v.<br><br>INVERNESS MEDICAL INNOVATIONS, INC.,<br><br>　　　　　Defendants. | Civil No.08cv0653 WQH (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On May 30, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were V. Frank Aszro, Esq., Jim Mitchell, Esq. and Victor Manneh on behalf of plaintiff; Nadia Bermudez, Esq. and David Scott on behalf of defendant.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *June 20, 2008*;

2. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *July 11, 2008*;

3. The requirement of counsel to lodge a discovery plan is hereby waived*;* and,

4. Counsel are ordered to appear **by phone on July 18, 2008 at 9:00 a.m.** for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Counsel for plaintiff shall initiate the conference call.

1  Failure of any counsel or party to comply with this Order will result in the imposition of
2  sanctions.
3  IT IS SO ORDERED.
4
5  DATED: June 2, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court