1  James C. Mitchell (CBA # 87151)
   Mitchell & Gilleon
2  402 West Broadway, Suite 880
   San Diego, CA 92101
3  Tel: 619.702.8623/Fax: 619.702.6337

4  V'Frank Asaro (CBA #32052)
   Law Offices of V'Frank Asaro
5  4370 La Jolla Village Dr., Ste. 400
   San Diego, CA 92122
6  Tel: 858.546.0400/Fax: 858.259.1415

7  Attorneys for Plaintiff Victor Manneh

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11  VICTOR MANNEH,                             Civil No. 08cv0653 WQH (AJB)

12              Plaintiff,                    NOTICE OF CHANGE OF ADDRESS

13       vs.

14  INVERNESS MEDICAL
    INNOVATIONS, INC., a Delaware
15  corporation, INNOVATIONS
    RESEARCH, LLC, a Delaware
16  limited liability company, and
    DAVID SCOTT,
17
                Defendants.
18

19       Please take notice that as of the date of this document, the attorneys for
20  plaintiff have changed their address for service of notices and documents.
21       The new address of James C. Mitchell, Mitchell & Gilleon is now: 1320
22  Columbia Street, Suite 200, San Diego, California 92101.
23       Any and all notices and documents regarding this action should now be
24  sent to the above address.

25
    Dated: July 14, 2008                      Mitchell & Gilleon
26

27                                            _____
                                              James C. Mitchell, Attorneys for
28                                            Plaintiff Victor Manneh

Notice Of Change Of Address
1

1  *Manneh v. Inverness Medical Innovations, Inc, et al.*
   United States District Court
2  Southern District California Case No. Civil No. 08cv0653 WQH (AJB)

3  <u>PROOF OF SERVICE</u>

4  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5      I, the undersigned, whose business mailing address is 1320 Columbia Street, Suite 200, San Diego, California 92101, certify:

6

7      That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

8  That on July 15, 2008, I served **NOTICE OF CHANGE OF ADDRESS** on the following interested parties in said action: **SEE ATTACHED SERVICE LIST**

9
10 [X]  (VIA U.S. MAIL)  I placed [ ] the original [x] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s) with first class postage fees, thereon fully prepaid, in the United States Mail at San Diego on this date following ordinary business practices.
11
12
13 [ ]  (BY CERTIFIED MAIL)  I placed [ ] the original [ ] a true copy thereof enclosed in a sealed envelope(s) addressed as stated on the attached mailing list and placing such envelope(s), certified mail, return receipt requested postage thereon fully prepaid, in the United States Mail at San Diego on this date following ordinary business practices.
14
15
16 [ ]  (BY FACSIMILE TRANSMISSION)  I transmitted a true copy thereof via facsimile on all interested parties to the action for immediate delivery to SEE ATTACHED SERVICE LIST. (   PAGES)
17
18 [ ]  (PERSONAL SERVICE) Personally served to the addressed stated on the attached mailing list via hand delivery.

19     I declare under penalty of perjury under the laws of California that the foregoing is true and correct.
20
21 Dated: July 15, 2008                                    *Lisa D. Parker*
                                                          Lisa D. Parker

Proof of Service
1

| | |
|---|---|
| 1 | Service List |
| 2 | |
| 3 | Janice P. Brown |
| | Nadia P. Bermudez |
| 4 | Marissa L. Dragoo |
| | Brown Law Group |
| 5 | 600 B Street, Ste. 1650 |
| | San Diego, CA 92101 |
| 6 | Tel: 619.330.1700 |
| | Fax: 619.330.1701 |
| 7 | Attorneys for Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC, David Scott |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |