1                                                                                                        cal_____

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   VICTOR MANNEH,                           )      Civil No.08cv0653 WQH (AJB)
                                              )
                      Plaintiff,              )
12   v.                                       )      ORDER FOLLOWING CASE
                                              )      MANAGEMENT CONFERENCE
13   INVERNESS MEDICAL INNOVATIONS,           )
     INC.,                                    )
14                                            )
                      Defendants.             )
15   _____ )

16        On July 18, 2008, the Court convened a Case Management Conference in the above entitled

17   action.  Appearing were Jim Mitchell, Esq. on behalf of plaintiff and Nadia Bermudez, Esq. on behalf of

18   defendant.

19        Counsel have met their Rule 26(f) obligations and their disclosure obligations.  Following a

20   discussion, a schedule was developed for the case through the final pretrial conference.  The scheduling

21   order will be issued separately.

22        IT IS SO ORDERED.

23

24   DATED:  July 21, 2008

25                                                    _____
                                                     Hon. Anthony J. Battaglia
26                                                   U.S. Magistrate Judge
                                                     United States District Court
27

28

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\08cv653 order fcmc.718.wpd   1                                    08cv0653