GCR, LLP
Nadia P. Bermudez (SBN 216555)
Marissa L. Dragoo (SBN 244480)
625 Broadway, Suite 1400
San Diego, CA 92101
Phone: (619) 564-8400
Fax (619) 564-8404
nbermudez@gcrlegal.com
mdragoo@gcrlegal.com
Attorneys for Defendants Inverness Medical
Innovations, Inc.; Innovations Research, LLC;
and Dave Scott

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANNEH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INVERNESS MEDICAL INNOVATIONS, INC., a Delaware corporation; INNOVATIONS RESEARCH, LLC, a Delaware limited liability company; DAVID SCOTT, and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. 3:08-cv-00653-WQH-NLS<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESS AND EXHIBIT LIST**<br><br>**Judge: Hon. William Q. Hayes**<br>**Magistrate Judge Nita L. Stormes**<br>**Courtroom: 4 - Fourth Floor** |

Pursuant to Fed. R. Civ. P. 26 and 32, Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott (collectively "Defendants"), respectfully submit the following objections to Plaintiff Victor Manneh's ("Plaintiff") designations of trial witnesses and exhibits. Defendants expressly reserve all objections under Federal Rules of Evidence (FRE) 402 and 403 pursuant to Fed. R. Civ. P. 26(a)(3).

Reserving its objections under FRE 402-403, as permitted by Fed. R. Civ. P. 26(a)(3), Defendants make the following objections:

///

## I. GENERAL OBJECTIONS

Defendants generally object to each and every exhibit listed by Plaintiff to the extent addressed by any and all Motions *in Limine* to be filed by Defendants.

Defendants also object to each and every exhibit listed by Plaintiff that was not produced pursuant to discovery requests. These exhibits include: 14, 15, 40, 49, and 108 – 143. Pursuant to Rule 26(e), Plaintiff has a continuing duty to produce evidence responsive to Defendants' discovery requests. See, also, Rule 26(a). Plaintiff failed to produce any of the enumerated documents in such a manner. Thus, they are subject to exclusion pursuant to Rule 37.

Exhibits 14, 15, 40, 49, and 109 – 116; 118-121; 123 -143 were produced for the first time on **Friday, May 28, 2010.** Similarly, Exhibits 108, 117, and 122 were produced for the first time on **Wednesday, June 2, 2010,** two days before the Pretrial Order was due to be filed, and after the meeting of counsel pursuant to Local Rule 16.1(f)4(b). The newly produced documents must be excluded from Plaintiff's Pre-Trial Disclosures as they constitute unfair surprise, and Defendant would be prejudiced in re-opening discovery given that the fact discovery cut off in this matter was nearly one year ago, on June 30, 2009.

## II. EXHIBITS

Defendants' objections to the exhibits identified by Plaintiff are set forth in Exhibit A. Defendants reserve the right to object to any exhibits identified by Plaintiff at a later date.

## III. TRIAL WITNESSES

Defendants also object to the inclusion of Sean McHugh; Brian Mitchell; Dulce Santos; Mike Donnelly; William E. Rogers; Ty Miller; Steven Fait; Robert Dicheck; and Jack Wilkins, on Plaintiff's Witness list, as Plaintiff never disclosed these individuals as potential witnesses prior to his Pre-Trial Disclosures.

Furthermore, Plaintiff never disclosed the names, addresses, telephone numbers, and related relevant information, and Defendants have not been provided with a fair opportunity to depose these witnesses. Allowing Plaintiff to include these witnesses after failing to disclose their identities would constitute unfair surprise.

///

-2-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 2

Defendants have no objections to the identification of Plaintiff's other witnesses, subject to Defendants' objections to the proffered testimony as set forth in Motions *in Limine* to be filed by Defendants. Defendants' reserve the right to object to specific portions of testimony from individuals cited in Plaintiff's Witness List.

Dated: June 4, 2010                                           **GCR, LLP**

By:   /s/ Nadia P. Bermudez
Nadia P. Bermudez, Esq.
Attorneys for Defendants Inverness Medical Innovations, Inc., Innovations Research, LLC and David Scott

-3-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 3

# EXHIBIT A

| Exhibit No. | Description | Objection |
|---|---|---|
| 1. | Employment Contract, 10/21/02 | No objection. Authenticity admitted. |
| 2. | Inverness, 2001 Stock Option and Incentive Plan | No objection. Authenticity admitted. |
| 3. | Non Qualified Stock Option Agreement, 11/19/02 | No objection. Authenticity admitted. |
| 4. | Non Qualified Stock Option Agreement, 3/10/03 | No objection. Authenticity admitted. |
| 5. | Inverness, Compensation of Executives Officers, 4/28/04 | OBJECTION. Hearsay FRE[1] 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 6. | Email, Manneh to Howell, Davies, 8/7/05 | OBJECTION. Incomplete Exhibit (Only P00055 has been produced, P00056 is missing). Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 7. | Email, Leisenring to Manneh, 8/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 8. | Email, Howell to Manneh, 9/8/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 9. | Email, Manneh to Howell, 9/9/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 10. | Email, Warner to Manneh, 9/12/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 11. | Email, Warner to Manneh, 9/12/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 12. | Email, Gill to Manneh, Howell, Lang, 9/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 13. | Email, Manneh to Gill, 9/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

---

[1] All numbered references are to the Federal Rules of Evidence, unless otherwise stated.

-4-

Victor Manneh v. Inverness Medical Innovations, Inc., et al.
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 4

| Exhibit No. | Description | Objection |
|---|---|---|
| 14. | Email, Garrett to Manneh, 9/16/05 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 15. | Email, Manneh to Garrett, 9/16/05 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 16. | Email, Manneh to Howell, Lang, Gill (w/attachment), 9/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 17. | Emails between Manneh, Lang, 9/19/05 | OBJECTION. Partial document, Plaintiff has included Inverness 000190, but excluded Inverness 000191. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 18. | Email, Manneh to Howell, 9/19/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 19. | Email, Duek to Manneh, 9/19/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 20. | Email, Manneh to Duek, 9/19/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 21. | Email, Warner to Manneh, Duek, 9/19/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 22. | Email, Leisenring to Manneh, 9/19/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 23. | Email, Warner to Manneh, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-5-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 5

| Exhibit No. | Description | Objection |
|---|---|---|
| 24. | Email, Manneh to Warner, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 25. | Email, Manneh to Warner, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 26. | Email, Lang to Manneh, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 27. | Email, Manneh to Lang, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 28. | Email, Lang to Manneh, 9/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 29. | Email, Manneh to Lang, 9/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 30. | Email, Warner to Manneh, 9/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 31. | Email, Manneh to Leisenring, 9/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 32. | Email, Manneh to Lang, 9/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 33. | Email, Lang to Lowe, 9/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 34. | Email, Manneh to Howell, Gill, Lang (w/attachment), 9/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 35. | Email, Howell to Manneh, 9/23/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 36. | Email, Manneh to Howell, 9/23/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 37. | Email, Manneh to Warner, 9/23/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-6-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 6

| Exhibit No. | Description | Objection |
|---|---|---|
| 38. | Email, Warner to Manneh, 9/23/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 39. | Email, Warner to Manneh, 9/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 40. | Email, Manneh to Scott, 9/26/05 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 41. | Email, Manneh to Warner, 9/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 42. | Email, Manneh to Scott, 9/27/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 43. | Email, Lang to Manneh, 9/27/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 44. | Emails between Leisenring, Scott, 9/28/05, 9/29/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 45. | Emails between Leisenring, Scott, 9/28/05, 9/29/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 46. | Email, Liesenring to Anderson, 9/29/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 47. | Email, Manneh to Liesenring, 9/29/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 48. | Email, Manneh to Howell, 9/30/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-7-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 7

| Exhibit No. | Description | Objection |
|---|---|---|
| 49. | Emails between Wilkens, Manneh, 10/10/05 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 50. | Email, Manneh to Scott, 10/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 51. | Email, Warner to Manneh, 10/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 52. | Emails, Warner, Manneh, 10/20/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 53. | Email, Manneh to Hempel, Warner, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 54. | Email, Hempel to Manneh, Warner, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 55. | Emails between Manneh, Leisenring, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 56. | Emails between Manneh, Leisenring, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 57. | Emails between Warner, Manneh, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 58. | Email, Manneh to Scott, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 59. | Email, Fait to Lowe, 10/21/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 60. | Email, Manneh to Scott (w/attachment), 10/22/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 61. | Proposal, Manneh to Scott, 10/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-8-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 8

| Exhibit No. | Description | Objection |
|---|---|---|
| 62. | Email, Manneh to Scott, 10/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 63. | Email, Scott to Manneh, 10/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 64. | Email, Lowe to Fait, 10/24/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 65. | Email, Manneh to Scott, 10/25/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 66. | Emails between McHugh, Manneh, Santos, 10/26/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 67. | Draft No. 1, Severance Agreement, 10/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 68. | Draft No. 2, Severance Agreement, 10/25/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 69. | Email, Scott to Manneh (w/attachment), 10/26/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 70. | Emails between Leisenring, Manneh, 11/4/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 71. | Email, Yeudall to Leisenring, 11/9/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 72. | Certificates of Analysis (reagents) | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 73. | Emails between Yeudall, Leisenring, 11/9/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 74. | Email, Manneh to Scott, 11/10/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 75. | Email, Manneh to Leisenring, 11/11/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 76. | Email, Leisenring to Manneh, 11/10/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 9

| Exhibit No. | Description | Objection |
|---|---|---|
| 77. | Email, Manneh to Scott, 11/14/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 78. | Email, Warner to Manneh, 11/14/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 79. | Withdrawn | OBJECTION. DOCUMENT NOT PRODUCED BY PLAINTIFF. |
| 80. | Email, Manneh to Scott, 11/14/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 81. | Email, Manneh to Warner, 11/16/05 | OBJECTION. DOCUMENT NOT PRODUCED BY PLAINTIFF IN PRE-TRIAL DISCLOSURES. |
| 82. | Email, Warner to Manneh, 11/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 83. | Email, Warner to Manneh, 11/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 84. | Email, Manneh to Warner, 11/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 85. | Email, Manneh to Warner, 11/16/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 86. | Email, Manneh to Warner, 11/16/05 | OBJECTION. DOCUMENT IMPROPERLY IDENTIFIED BY PLAINTIFF, DOCUMENT IS EMAIL FROM MANNEH TO SCOTT. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 87. | Severance Agreement (unsigned) 11/17/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 88. | Severance Agreement (signed by Manneh) 11/17/05 | No objection. Authenticity admitted. |
| 89. | Severance Agreement (signed by all), 11/21/05 | No objection. Authenticity admitted. |
| 90. | Letter Asset Management to Manneh, 5/11/04 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 91. | Standard Industrial Net Lease, 4/30/04 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 10

| Exhibit No. | Description | Objection |
|---|---|---|
| 92. | Lease Termination Agreement, 11/2/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 93. | Innovations Research, Budget, 2005 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 94. | Innovations Research, Summary Trial Balance, 10/11/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 95. | Innovations Research, Fixed Assets Detail (w/ handwritten notes), 8/31/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 96. | Withdrawn | OBJECTION. DOCUMENT NOT PRODUCED BY PLAINTIFF IN PRE-TRIAL DISCLOSURES. |
| 97. | Email, Leisenring to Howell, 12/1/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 98. | Innovations Research, Fixed Asset Inventory, 11/30/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 99. | Inventory List (Innovations Research) | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 100. | Email, Leisenring to Manneh, 12/6/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 101. | Emails between Manneh, B. Mitchell, 12/28/05, 12/30/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 102. | Emails between Manneh, Mitchell, Leisenring, 12/28/05, 12/29/05 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 103. | Email, Donnelly to Howell, 1/23/06 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 104. | Emails between Manneh, Scott, 1/1/06, 1/5/06 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 105. | Email, Manneh to Scott, 1/13/06 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-11-

Victor Manneh v. Inverness Medical Innovations, Inc., et al.
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 11

| Exhibit No. | Description | Objection |
|---|---|---|
| 106. | Email, Manneh to Scott, 1/18/06 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 107. | Email, Manneh to Mitchell, 2/28/06 | OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 108. | Proposal, Manneh to Osmetech, 1/8/06 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 109. | Proposal, Manneh to SiriGen, 1/06 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 110. | System Project, Xen Bio/Banyan | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 111. | Inverness Stock Price Information, 12/5 - 1/06 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

Victor Manneh v. Inverness Medical Innovations, Inc., et al.  
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)  
Page 12

| Exhibit No. | Description | Objection |
|---|---|---|
| 112. | Manneh/Xen Bio equipment and material purchases, 2006-2009 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 113. | Xen Bio Balance, Income and Expense Statements, 2006 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 114. | Xen Bio Balance, Income and Expense Statements, 2007 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 115. | Xen Bio Balance, Income and Expense Statements, 2008 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 116. | Xen Bio Balance, Income and Expense Statements, 2009 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 13

| Exhibit No. | Description | Objection |
|---|---|---|
| 117. | Manneh/Xen Bio checks/invoices for equipment and material purchases, 2006-2009 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 118. | Xen Bio, List Of Commercial/Grant Opportunities, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 119. | Proposed Letter of Intent, XD to Manneh/Xen Bio, 2/18/10 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 120. | Xen Bio, Time Result Fluorescence Platform, 4/10 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 121. | Time Result Fluorescence Notes (Cambridge Consultants) | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-14-

Victor Manneh v. Inverness Medical Innovations, Inc., et al.
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 14

| Exhibit No. | Description | Objection |
|---|---|---|
| 122. | Xen Bio Combined Balance/Income Statements, 2006-2009 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 123. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 124. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 125. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 126. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 15

| Exhibit No. | Description | Objection |
|---|---|---|
| 127. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 128. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 129. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 130. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 131. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

Victor Manneh v. Inverness Medical Innovations, Inc., et al.
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 16

| Exhibit No. | Description | Objection |
|---|---|---|
| 132. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 133. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 134. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 135. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 136. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

-17-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 17

| Exhibit No. | Description | Objection |
|---|---|---|
| 137. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 138. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 139. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 140. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 141. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 18

| Exhibit No. | Description | Objection |
|---|---|---|
| 142. | Photographs, Xen Bio Laboratory, 2010 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |
| 143. | Ostex International, Fixed Asset Detail, 6/30/03 | OBJECTION. DOCUMENT NOT PREVIOUSLY PRODUCED BY PLAINTIFF; DOCUMENT CONSTITUTES UNFAIR SURPRISE; PLAINTIFF FAILED TO DISCLOSE THIS DOCUMENT PURUSANT TO RULE 26 (a) – (e); RULE 37. OBJECTION. Hearsay 801, 802; Lacks Foundation; Authentication 901; Relevance 401, 402, 403. |

4824-3280-2054, v. 1

-19-

*Victor Manneh v. Inverness Medical Innovations, Inc., et al.*
Defendants' Objections to Plaintiff's Witness and Exhibits List

Case No. 08 CV 00653-WOH (NLS)
Page 19